Verdict for defendant below.

———•———

ELLA O'HARA, d. b. a., *vs.* JOHN W. REED, p. b. r.

*Objection to Bill of Particulars as Insufficient—New Bill of Particulars Ordered Filed.*

A bill of particulars merely setting out charges against the defendant on sundry dates for "Mdse," without specifying the nature, character or quantity of the same, does not give the defendant proper notice of the kind of merchandise with which he is charged.

*(December 11, 1897.)*

LORE, C. J,, and SPRUANCE and BOYCE, J. J., sitting.
*Herbert H. Ward* for plaintiff below.
*Walter H. Hayes* for defendant below.

Superior Court, New Castle County, November Term, 1897.
APPEAL (No. 116 to May T. 1896.) The plaintiff filed a bill of particulars in which there were set out numerous charges on sundry dates for "Mdse.," without specifying the nature, character or quantity of the merchandise.

*Mr. Hayes*, for defendant below, objected to the bill of particulars as insufficient and asked that a further bill of particulars be filed; contending that until this was done he was not obliged to plead.

*Mr. Ward* :—My recollection is that the bill of particulars.is in the shape in which the plaintiff kept his book of account, and that the charges are as made against Mrs. O'Hara, the defendant, from time to time. A bill of particulars is a statement filed for the purpose of giving information to the parties in the suit. The plaintiff did not deal in anything but meat and sold nothing else, and the bill of particulars filed, in my judgment, is sufficient information to the defendant.

SPRUANCE, J:—The purpose of a bill of particulars is to give to the defendant reasonable notice of the claim he is required to meet.

The bill of particulars in this case shows the dates and prices of the alleged sales, and describes the property sold as "mdse.," meaning merchandise. This is not sufficient. The defendant is entitled to know with reasonable certainty what kind of merchandise is claimed to have been sold to him. Under this paper the plaintiff might prove a claim for meat, dry-goods, groceries or any other property answering the general description of merchandise.

Let a new bill of particulars be filed.